

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2019

No. 04-19-00239-CV

Debora Alisa **DARDEN**,
Appellant

v.

Darrell Keith **DARDEN**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI17644
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on July 18, 2019. Because the brief was not filed by the deadline, on July 24, 2019, this court ordered appellant to show cause why the appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). On August 8, 2019, appellant responded stating appellant's attorney was on military duty until August 2, 2019. Appellant further requested an extension of time to file the brief to August 19, 2019. Appellant's motion was granted extending the deadline to August 19, 2019.

Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2019.



Keith E. Hottle,
Clerk of Court